In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands for the Improvement of the Waterfront for Ferry Purposes.

BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.

*Matter of City of New York*, 150 App. Div. 908, affirmed.
(Argued June 4, 1912; decided June 29, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

April 12, 1912, which affirmed an order of Special Term confirming the report of commissioners of estimate and appraisal in condemnation proceedings.

*Archibald R. Watson,* Corporation Counsel (*James D. Bell* and *John B. Shanahan* of counsel), for appellant.

*E. W. Hatch, George D. Yeomans* and *Chas. L. Woody* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Not voting: GRAY, J.